# EXHIBIT P



BLOG

# Stakeholder Scoring

   

*From speaking with Quorum users and other industry leaders, we've identified five strategies as the leading ways organizations are measuring the return on investment of government affairs. Read this blog to see how you can measure ROI by the financial impact of the government affairs department, or* download our E-Book *for all five strategies and explanations of how* Quorum *can help.*

One leading strategy for measuring the return on investment of government affairs is reporting on your ability to strengthen relationships with stakeholders. To do this, you first need to map your organization's stakeholders by tiers. Organizations use varying terminology to map their stakeholders—while we will refer to the tiers as "Support", "Neutral", "Detractor", other organizations use "red", "green", and "blue", "Tier 1", "Tier 2", "Tier 3, or some other hierarchical system.

It's up to your organization how you want to determine what qualifies a stakeholder for a particular category and whether you wish to use qualitative or quantitative metrics to assign a stakeholder to a tier.

## Mapping Stakeholders Qualitatively

Qualitatively, someone may be a Supporter if they know and recognize your team if you were to run into them at an event, they know your organization's top issues, and they'll return your phone call if you contact their office. A neutral stakeholder may fit into one of those categories—like recognizes you at an event—but not the others. A detractor may not check any of those boxes.

If you're using a qualitative system, you could make each column one of the factors listed above—knows our team, knows our issues, and answers our calls. Then use a checkbox in each category. As you check the boxes for each column, update the tier in the tier column and it will automatically update throughout the site.

## Mapping Stakeholders Quantitatively

You may also map your stakeholders using a quantitative system. For example, you could assign points based on different activities, such as attending one of your events, sponsoring a bill on one of your key issues, or mentioning your issue a certain amount on social media.

If you're using a quantitative system, make a column with the tier, then add columns for the metrics you're using to calculate a score (number of engagements with your team, number of mentions of a particular issue, number of bills sponsored on your issue). Use math columns to either weight the score towards a particular category or sum each of the metrics you're using to get a master score. As a stakeholder earns enough points (or loses points) to change tiers, update the tier column and it will update throughout the site.

## Reporting on Changes in Stakeholder Scores

At the end of the year, see where your stakeholders stand and how that compares to the beginning of the year. How many neutral stakeholders moved to champions? How many detractors are no longer detractors? Then analyze the activity you had with the new champions or new neutral stakeholders to see what strategies worked over the course of the year and how you can replicate those.

## How to Measure ROI by Stakeholder Scoring in Quorum

Use custom fields on a stakeholder's profile to visually represent what tier they are in. Then, use Quorum Sheets to track your engagements with that office. Add their tier as a column in the sheet, then add additional columns based on the system you've implemented to determine someone's tier.



Then, visualize your stakeholders to see a breakdown of how many you have in each category and compare to the previous year.

## Measuring ROI: Stakeholder Scoring

Search by name...

*This is just a sample of functionality in Quorum and the method of stakeholder scoring. The categorizations of members of Congress do not represent Quorum's opinions on those legislators.



| Official | 2019 Status | 2020 Status |
| --- | --- | --- |
| Sen. Richard "Dick" Blumenthal (D-CT) | Champion | Neutral |
| Sen. Roy Blunt (R-MO) | Champion | Neutral |
| Sen. Cory Booker (D-NJ) | Neutral | Champion |
| Sen. John Boozman (R-AR) | Detractor | Detractor |
| Sen. Mike Braun (R-IN) | Detractor | Neutral |
| Sen. Sherrod Brown (D-OH) | Champion | Neutral |
| Sen. Richard Burr (R-NC) | Neutral | Detractor |
| Sen. Maria Cantwell (D-WA) | Neutral | Champion |
| Sen. Shelley Capito (R-WV) | Neutral | Champion |




# Engage with Quorum

**To see how Quorum can help you map your stakeholders and measure ROI by stakeholder scoring:**

Request a Demo



1111 19th Street NW, Suite 801
Washington, DC 20036

(202) 780-7921

info@quorum.us



| SOLUTIONS | PRODUCTS | ABOUT | TOP CONTENT |
|---|---|---|---|
| Legislative Tracking | Federal | Company | Government Relations Strategic Plan Template |
| Regulatory Tracking | State | Careers | Advocacy Strategy Plan Template |
| Grassroots Advocacy | Grassroots | Press | Public Affairs Strategy Template |
| Stakeholder Engagement | Stakeholder | Security | Stakeholder Engagement Matrix Template |
| | Local | | Three Examples of Effective Government Relations Strategy |
| | International | | Three Examples of Successful Public Affairs Strategy |
| | European Union | | Five Examples of Effective Grassroots Advocacy Campaigns |
| | Quorum Mobile | | Five Examples of Stakeholder Engagement Strategy |

Desktop App

10 Innovations in Public Affairs Strategy




# Sign up to receive best practices and product announcements.

Submit

© 2020 Quorum Analytics, Inc. All Rights Reserved. Quorum Analytics is not affiliated with, licensed, endorsed, or sponsored by Leidos Innovations Technology or its affiliates. Privacy Policy

