# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FISCALNOTE, INC.,<br><br>    *Plaintiff*,<br><br>    v.<br><br>QUORUM ANALYTICS INC.,<br><br>    *Defendant*. | C.A. No. 20-1736-LPS<br><br>**JURY TRIAL DEMANDED** |

### STIPULATION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT

WHEREAS, the time for Defendant Quorum Analytics Inc. ("Quorum") to respond to the Complaint filed in the above captioned action is currently January 12, 2021;

WHEREAS, Quorum's in-house counsel has contacted counsel for Plaintiff FiscalNote, Inc. ("FiscalNote") and requested a 60-day extension to respond to the Complaint, to which FiscalNote has agreed;

WHEREAS, counsel for FiscalNote is filing this stipulation on behalf of the parties because Quorum has not yet retained litigation counsel for this action;

IT IS HEREBY STIPULATED AND AGREED, by and between FiscalNote and Quorum, and subject to approval of the Court, that the time by which Quorum shall answer, move, or otherwise respond to the Complaint in this action is extended to and including March 15, 2021.

Dated: January 7, 2021

        FISH & RICHARDSON P.C.

        */s/ Robert M. Oakes*
        Robert M. Oakes (#5217)
        222 Delaware Avenue, 17th Floor
        P.O. Box 1114
        Wilmington, DE 19899
        Telephone: (302) 652-5070
        oakes@fr.com

        Lauren A. Degnan
        Linhong Zhang (#5083)
        Taylor Burgener
        Raj Utreja
        1000 Maine Ave., SW
        Suite 1000
        Washington, DC 20024
        Telephone: (202) 783-5070
        Facsimile: (202) 783-2331
        degnan@fr.com
        lwzhang@fr.com
        tburgener@fr.com
        utreja@fr.com

        *Attorneys for Plaintiff FiscalNote, Inc.*

**SO ORDERED**, this _____ day of _____, 2021.

        _____
        United States District Court Judge